No. 89–1298. INGERSOLL-RAND CO. *v.* MCCLENDON. Sup. Ct. Tex. Motions of Chamber of Commerce of the United States of America, American Paper Institute, Inc., and Equal Employment Advisory Council for leave to file briefs as *amici curiae* granted. Certiorari granted. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮ (See also No. 89–6818, *supra.*)

No. 89–644. ROBINSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBINSON *v.* TOWNSHIP OF WATERFORD ET AL. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮

No. 89–709. MICHIGAN *v.* HAWKINS. Ct. App. Mich. Certiorari denied.

No. 89–1023. DUBOIS ET AL. *v.* HOCKING. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮

No. 89–1041. MISSISSIPPI ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied. ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 89–1094. LITTLE EARTH OF UNITED TRIBES, INC., ET AL. *v.* KEMP, SECRETARY OF HOUSING AND URBAN DEVELOPMENT. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

No. 89–1098. NATIONAL ASSOCIATION OF RETIRED FEDERAL EMPLOYEES *v.* NEWMAN, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. D. C. Cir. Certiorari denied. ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 89–1105. ZINNIEL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

No. 89–1108. BIRNBAUM ET AL. *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮

No. 89–1110. EDUCATIONAL DEVELOPMENT NETWORK CORP. ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 89–1131. LIAO *v.* DEAN ET AL. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮